| | |
|---|---|
| 1 | MALINDA HAAG<br>United States Attorney |
| 2 | DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration<br>THEOPHOUS H. REAGANS, SBN CA 189450 |
| 4 | Special Assistant United States Attorney |

    160 Spear Street, Suite 600
    San Francisco, California 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA RUBIO, | ) | |
|     Plaintiff, | ) | CIVIL NO. 13-CV-4073-RS |
| | ) | STIPULATION FOR TRANSFER OF CASE; |
|     v. | ) | ~~PROPOSE~~D ORDER |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of<br>Social Security, | ) | |
|     Defendant. | ) | |

    Plaintiff resided in Katy, Texas, at the time she filed her complaint in this action. See Exhibit A. Having agreed that the appropriate venue for this action is the Southern District of Texas; IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this case be transferred this District to the Southern District of Texas where the Plaintiff resides, pursuant to 28 § 1404 of the Federal Rules of Civil Procedure.

///

///

///

///

///

| | | | |
|---|---|---|---|
| 1 | Dated: December 9, 2013 | By: | /s/ Nancy K. McCombs |
| 2 | | | (As authorized via telephone on 12/09/2013) NANCY K. MCCOMBS Attorney for Plaintiff |

MALINDA HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

Dated: December 9, 2013      By:     /s/ Theophous H. Reagans
                                     THEOPHOUS H. REAGANS
                                     Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/11/13

HON. RICHARD SEEBORG
United States District Judge

2